UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY DAVIS,

        Plaintiff,

vs.

        Case No. 07-CV-12860
        HON. GEORGE CARAM STEEH

LINDA SKOOG and
BILLY PROFITT,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricky Davis filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on July 10, 2007. Plaintiff was discharged from incarceration on March 23, 2008 and was subsequently granted IFP status. Defendants filed a motion for summary judgment on May 5, 2008 and plaintiff failed to respond. On September 5, 2008, plaintiff was ordered by the Court to file a response no later than October 3, 2008, and was warned that failure to do so would result in dismissal of his case. Plaintiff did not file a response of any kind. The Magistrate Judge recommends that the case be dismissed with prejudice for failure to prosecute. Objections to that report have not been filed by plaintiff within the established time period. The Court has reviewed the file, record, and magistrate judge's report and recommendation and accepts the magistrate judge's recommendation. Accordingly,

IT IS ORDERED that the magistrate's report and recommendation is accepted as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that plaintiff's case is DISMISSED with prejudice for failure to prosecute.

SO ORDERED.

Dated: December 11, 2008

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys/parties of record on
December 11, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk